IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CRAIG YOW and PATRICIA YOW,**

 **Plaintiffs,**

v.

**COTTRELL, INC.,**

 **Defendant.**          **Case No. 3:04-CV-888 DRH**

## ORDER

**HERNDON, District Judge:**

  This matter comes before the Court on Plaintiffs' Motion to Amend/Correct Factual Statements (Doc. 24) Made in Plaintiffs' Response to Cottrell's Motion for Summary Judgment (Doc. 22) and Plaintiffs' Motion to Strike (Doc. 23). The Court having reviewed the Motion, considers the Motion to be well-taken, and orders as follows:

  Plaintiffs' Response to Defendant's Motion for Summary Judgment (Doc. 22) and Plaintiffs' Motion to Strike (Doc. 23) are hereby deemed modified by the statements contained in the instant motion (Doc. 24).

  **IT IS SO ORDERED.**

  Signed this 27th day of January, 2006.

                /s/   David RHerndon
                **United States District Judge**