IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CRAIG YOW, and PATRICIA YOW,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **04-888-DRH** |
| ) | |
| **COTTRELL, INC.,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Cottrell's motion for an extension of time to respond to motions in limine. **(Doc. 105).**

**IT IS HEREBY ORDERED** that, after consultation with Judge Herndon, the subject motion **(Doc. 105)** is **GRANTED**. Cottrell's responses to the pending motions in limine are due on or before **December 3, 2007**.

IT IS SO ORDERED.

DATED: November 21, 2007

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE

1