# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CRAIG YOW and PATRICIA YOW,**

    Plaintiffs,

v.

**COTTRELL, INC.,**

    Defendant.                                       Case No. 04-cv-888-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is Plaintiffs' Motion to Dismiss With Prejudice Owing to Settlement (Doc. 112). Pursuant to the settlement of this action between the parties, said Motion (Doc. 112) is **GRANTED**. Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs. The Clerk shall enter judgment accordingly and close the case file.

        **IT IS SO ORDERED.**

        Signed this 21st day of December, 2007.

        /s/     *David R Herndon*

        **Chief Judge**
        **United States District Court**